UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOY MCCORMACK,

    Plaintiff,

v.                                                        Case No:   2:15-cv-346-FtM-99CM

BAERS FURNITURE CO. INC.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiff's Unopposed Motion to Reschedule the Telephonic Preliminary Pretrial Conference Scheduled for Monday, September 14, 2015 at 2:45 P.M. (Doc. #18) filed on September 10, 2015.  Counsel for the Plaintiff seeks a continuance to the preliminary pretrial conference.  As grounds, Counsel indicates Monday, September 14, 2015 is Rosh Hashanah and he will be in Temple in observance.  Defense Counsel does not object to the relief requested.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Unopposed Motion to Reschedule the Telephonic Preliminary Pretrial Conference Scheduled for Monday, September 14, 2015 at 2:45 P.M.  (Doc. #18) is **GRANTED**.  The Preliminary Pretrial Conference is rescheduled for September 21,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2015 at 1:45 P.M. The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of September, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record